IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FINAL REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LAQUAN DWAYNE CARTER, Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge |

| | |
|---|---|
| Case No: | 03-cr-107(1) (JNE/DLM) |
| Date: | July 21, 2025 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis, MN |
| Courtroom: | 12W |
| Time Commenced: | 2:42 p.m. – 3:13 p.m. |
| | 3:38 p.m. – 4:18 p.m. |
| | 4:30 p.m. – 5:00 p.m. |
| Time Concluded: | 5:00 p.m. |
| Time in Court: | 1 Hour & 45 Minutes |

**APPEARANCES:**
  Plaintiff:     David P. Steinkamp, Assistant U.S. Attorney
  Defendant:  Steven J. Wright    ☐ FPD  ☒ CJA  ☐ Retained  ☐ To be appointed

**PROCEEDINGS:**
☒ **Revocation of Supervised Release - Final Hearing.**
☒ Government Witness:  U.S. Probation Officer Trista Buttera
☒ Defendant's Witnesses:  Karen Carter
☒ Final Revocation hearing will resume on July 22, 2025, at 9:00 a.m.

**ORDERED:**
☒ Defendant remanded to custody of the U.S. Marshal.

                                                                                          s/ CBC
                                                                                      Courtroom Deputy