IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FINAL REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | BEFORE: JOAN N. ERICKSEN |
| LAQUAN DWAYNE CARTER, Defendant. | U.S. District Judge |

| | |
|---|---|
| Case No: | 03-cr-107(1) (JNE/DLM) |
| Date: | July 22, 2025 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis, MN |
| Courtroom: | 12W |
| Time Commenced: | 9:02 a.m. – 10:29 a.m. |
| | 10:47 a.m. – 12:40 p.m. |
| Time Concluded: | 12:40 p.m. |
| Time in Court: | 3 Hours & 20 Minutes |

**APPEARANCES:**
  Plaintiff:   David P. Steinkamp, Assistant U.S. Attorney
  Defendant:   Steven J. Wright    ☐ FPD  ☒ CJA  ☐ Retained  ☐ To be appointed

**PROCEEDINGS:**
☒ **Revocation of Supervised Release - Final Hearing (Day 2).**
☒ Defendant's Witnesses:   Karen Carter; Carol Gordon; LaQuan Carter
☒ Government's Rebuttal Witness:   U.S. Probation Officer Trista Buttera
☒ Final Revocation Hearing will resume on July 23, 2025, at 8:30 a.m.

**ORDERED:**
☒ Defendant remanded to custody of the U.S. Marshal.

_s/ CBC_
Courtroom Deputy