# United States District Court
STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA  
v.  
LAQUAN DWAYNE CARTER

GOVERNMENT'S EXHIBIT LIST

Criminal No. 03-107 (JNE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Joan N. Ericksen | David P. Steinkamp, AUSA | Steven Wright, Esq. |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| July 21, 2025 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | ✓ | First 911 call, March 7, 2025 |
| 2 | | | | ✓ | Transcript of first 911 call, March 7, 2025 |
| 3 | | | | ✓ | Second 911 call, March 7, 2025 |
| 4 | | | | ✓ | Transcript of second 911 call, March 7, 2025 |
| 5 | | | | ✓ | Officer Ekholm BWC recording |
| 6 | | | | ✓ | Partial transcript of Officer Ekholm BWC recording |
| 7 | | | | | Officer Sood BWC recording |
| 8 | | | | ✓ | Clip of June 20, 2025, jail call between defendant and Carol Gordon |
| 9 | | | | ✓ | Transcript of clip of June 20, 2025, jail call between defendant and Carol Gordon |
| 10 | | | | ✓ | Richfield Police Report from March 7, 2025 |
| 11 | | | | | Domestic Violence Lethality Screen Form from March 7, 2025 |
| 12 | | | | ✓ | Deputy Marshal Lewey email and unserved subpoena with notes |
| 13 | | | | | Spreadsheet of Sherburne County jail calls from April 3-April 16, 2025 |
| 14 | | | | ✓ | Jail Call April 3, 2025 between Laquan Carter and Carol Gordon |
| 15 | | | | ✓ | Jail Call April 4, 2025, between Laquan Carter and Carol Gordon |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 16 | | | | ✓ | Jail Call April 6, 2025, between Laquan Carter and Carol Gordon |
| 17 | | | | ✓ | Jail Call April 7, 2025, between Laquan Carter and Carol Gordon |
| 18 | | | | ✓ | Jail Call April 8, 2025, between Laquan Carter and Carol Gordon |
| 19 | | | | ✓ | Jail Call April 9, 2025, between Laquan Carter and Carol Gordon |
| 20 | | | | ✓ | Jail Call April 11, 2025, between Laquan Carter and Carol Gordon |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |

# United States District Court
## STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA  
v.  
LAQUAN DWAYNE CARTER

DEFENDANT'S EXHIBIT LIST

Criminal No. 03-107 (JNE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Joan N. Ericksen | David P. Steinkamp, AUSA | Steven Wright |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| July 21-22, 2025 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | | | ✓ | Affidavit of Carol Gordon, March 11, 2025 |
| | 2 | | | ✓ | Testimony of Carol Gordon, June 25, 2025 |
| | 3 | | | ✓ | Hotel Receipts, March 5, 2025 |
| | 4 | | | ✓ | Paycheck Stub, February 19, 2025 |
| | 5 | | | | Hospital Records, |
| | 6 | | | | Sherburne Cty Jail Call Records, April 2025 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1 of 1